## SAMUEL SHERWOOD *versus* GEORGE A. GAGE, DeGARMO JONES AND THOMAS PALMER

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Rule to assign errors, or judgment *p. 481. *Journal 4:* (2) Motion to set aside proceedings MS p. 22; (3) certiorari set aside, judgment for costs MS p. 60.

PAPERS IN FILE: (1) Affidavit for certiorari and allowance; (2) writ of certiorari and return; (3) assignment of errors; (4) motion to set aside proceedings; (5) precipe for execution for costs; (6) writ of fi. fa. for costs and return.

*1824–36 Calendar*, MS p. 4.